## DORSEY v. STATE.
### No. 25164.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

Rehearing Denied April 11, 1951.

## DORSEY v. STATE.
### No. 25163.

Court of Criminal Appeals of Texas.
Feb. 21, 1951.

Rehearing Denied April 11, 1951.

No attorney for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

No attorney, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

MORRISON, Judge.

Appellant was charged with the offense of forgery. He waived a trial by jury and

entered his plea of guilty before the court. He was convicted and assessed the penalty of two years in the penitentiary.

The record contains neither a statement of facts nor bill of exception. Nothing is presented for review.

The judgment is affirmed.